UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br><br>v.<br><br>**DANIEL JAMES JUNK,**<br><br>**Defendant.** | 3:23-cr-85-MO<br><br>**ORDER TO SEAL INFORMATION AND RELATED MATERIALS**<br><br>**UNDER SEAL** |

Based on the Motion of the government, the Court finds that public disclosure at this time of the Information, as well as the Motion to Seal and this Order, in this matter will likely result in flight from prosecution, the destruction of or tampering with evidence, a change in patterns of behavior, intimidation of potential witnesses, and/or will otherwise seriously jeopardize an ongoing investigation.

IT IS ORDERED that the Information, this Order, the underlying Motion to Seal, and any further pleadings filed in this matter are SEALED until further order of this Court.

/ / /

/ / /

/ / /

/ / /

/ / /

**Order to Seal Information and Related Materials**  Page 1

IT IS FURTHER ORDERED that the government is authorized to provide copies of the Information and any further pleadings to the investigative agency and to attorneys for the defendant in this case as part of its discovery obligations.

Dated: March 15, 2023

*Youlee Yim You*
HONORABLE YOULEE YIM YOU
United States Magistrate Judge

Presented by:

NATALIE K. WIGHT
United States Attorney

*/s/ Quinn P. Harrington*
QUINN P. HARRINGTON, OSB #083544
CRAIG J. GABRIEL, OSB #012571
SIDDHARTH DADHICH, TSB #24096310
Assistant United States Attorneys