NATALIE K. WIGHT, OSB #035576
United States Attorney
District of Oregon
**QUINN P. HARRINGTON, OSB #083544**
Assistant United States Attorney
Quinn.Harrington@usdoj.gov
1000 SW Third Avenue, Suite 600
Portland, OR 97204-2902
Telephone: (503) 727-1000
Attorneys for United States of America

# UNITED STATES DISTRICT COURT

# DISTRICT OF OREGON

| | |
|---|---|
| **UNITED STATES OF AMERICA** | 3:23-cr-00085-MO |
| v. | **GOVERNMENT'S SUPPLEMENTAL RESTITUTION CALCULATION** |
| **DANIEL JAMES JUNK,** | |
| **Defendant.** | |

The government submits this second updated restitution calculation for sentencing on January 30, 2024. After the filing of the restitution chart on January 29, 2024, AV2 submitted a victim impact statement that included additional amounts of cryptocurrency stored in different wallets. The government sent that chart to the parties and the Court. Below is an updated calculation of restitution. Only AV2 has different amounts.

- AV1 – $816,924.90
- AV2 – $540,077.39
- AV3 – $31,385.62
- AV4 – $446,465.37
- AV5 – $1,228,719.78

The chart below shows the calculations of the value of cryptocurrency on the date of theft and on January 29, 2024.

**Government's Supplemental Restitution Calculation**     Page 1

| Date | Victim Name | Amount of Cryptocurrency Stolen | Day of Theft (as reported on yahoo! Finance at close of the day) Value of 1 of Cryptocurrency/ Value of Amount Stolen | January 29, 2024 (as reported on yahoo! Finance at approximately 10:00 a.m.) Value of 1 Cryptocurrency/Value of Amount Stolen |
|---|---|---|---|---|
| 5/25/2019 | AV1 | BTC 18.99840818 | BTC $8,052.54/$152,985.44 (owned other cryptocurrency but was converted to BTC at time of theft) | BTC $42,999.65/$816,924.90 |
| 10/6/2019 | AV2 | BTC 1.00161243<br><br>BCH 17.04<br><br>BNB 204.999625<br><br>ETH 176.3<br><br>LTC 91.24243444<br><br>XRP 28339.99<br><br>XLM 20001.499985 | BTC $7,988.16/$8,001.04<br><br>BCH $223.41/$3,806.91<br><br>BNB $15.35/$3,146.74<br><br>ETH $173.06/$30,510.48<br><br>LTC $55.41/$5,055.74<br><br>XRP $0.26/$7,368.40<br><br>XLM $0.06/$1,200.09 | BTC $42,999.65/$43,068.98<br><br>BCH $239.51/$4,081.25<br><br>BNB $309.23/$63,392.03<br><br>ETH $2,302.27/$405,890.20<br><br>LTC $68.22/$6,224.56<br><br>XRP $0.53/$15,020.19<br><br>XLM $0.12/$2,400.18 |
| 11/12/2019 | AV3 | BTC 0.729904 | BTC $8,815.66/$6,434.59 | BTC $42,999.65/$31,385.62 |
| 12/28/2019 | AV4 | BTC 10.383 | BTC $7,319.99/$76,003.46 | BTC $42,999.65/$446,465.37 |
| 1/17/2020 | AV5 | BTC 1.21<br><br>ETH 511.1 | BTC $8,929.04/$10,804.14<br><br>ETH $170.78/$87,285.66 | BTC $42,999.65/$52,029.58<br><br>ETH $2,302.27/$1,176,690.20 |

Dated: January 30, 2024

Respectfully submitted,

NATALIE K. WIGHT
United States Attorney

*/s/ Quinn P. Harrington*
QUINN P. HARRINGTON, OSB #083544
Assistant United States Attorney